

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-15-00644-CV

Bret **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

On August 24, 2016, this court issued its opinion and judgment. Appellee timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. After reviewing the motion, this court requested that Appellants file a response to Appellee's motion, and ordered Appellants to file the response, if any, by November 7, 2016.

Before the response was due, Appellants filed an unopposed motion for extension of time to file a response until November 17, 2016.

Appellants' motion is GRANTED. We ORDER Appellants to file any response to Appellee's motion for rehearing by November 17, 2016.

The requested response will especially aid the court's decisional process if the response focuses on whether, under the Basham-Tidal lease, Tidal was a cotenant with Appellants, and if so, what effect Tidal's cotenancy would have on Appellants' claims of bad faith trespass and Appellants' other tort claims.

_____
Patricia O. Alvarez, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court